FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 17 PM 1:21

LORETTA G. WHYTE
CLERK

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLBERT FRANKLIN

versus

T.W. THOMPSON, WARDEN

CIVIL ACTION

NO. 07-543

SECTION: "F" (3)

ORDER

The Court, having considered the petition, the record, the applicable law and the Report

and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file

any objection to the Magistrate Judge's Report and Recommendation, hereby approves the

Report and Recommendation of the United States Magistrate Judge and adopts it as its own

opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Colbert Franklin** for *habeas corpus* relief

is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this ____ day of _____ , 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____